UNITED STATES DISTRICT COURT
for the
EASTERN DISTRICT OF NORTH CAROLINA

**U.S.A. vs. Phillip Anthony Isles**　　　　　　　　　　　　　　　　　　　　　　　Docket No. 5:09-CR-267-1H

**Petition for Action on Supervised Release**

COMES NOW Tiffany C. Peacock, U.S. Probation Officer of the court, presenting a petition for modification of the Judgment and Commitment Order of Phillip Anthony Isles, who, upon an earlier plea of guilty to Possession with Intent to Distribute a Quantity of Crack Cocaine in violation of 21 U.S.C. § 841 (a)(1); Possession of a Firearm in Futherance of a Drug Trafficking Crime in violation of 18 U.S.C. § 924 (c), was sentenced by the Honorable Malcolm J. Howard, Senior U.S. District Judge, on July 13, 2010, to the custody of the Bureau of Prisons for a term of 120 months. It was further ordered that upon release from imprisonment the defendant be placed on supervised release for a period of 60 months. Phillip Anthony Isles was released from custody on December 10, 2014, at which time the term of supervised release commenced.

On June 26, 2015 the offender was charged with Driving While License Revoked in Fayetteville, North Carolina by Fayetteville City Police. As a result of the June 26, 2015, charge, the offender reported for court on November 06, 2015, where he was taken into custody for a total of fourteen failure to appear warrants. All of the pending traffic violation occurred prior to the start of the offender Term of Supervised Release. The court agreed to the defendant being verbally admonished with no action being taken at that time.

**RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:**

On June 25, 2016, the defendant was charged with Assault on a Female (16CR58536) in Fayetteville, North Carolina by the Fayetteville City Police. The defendant was released on bond and his case has been continued until the August term of court. The victim in this case states she does not want to press charges, but does feel the defendant needs anger management. The defendant signed a Waiver of Hearing agreeing to the proposed modification of supervision.

**PRAYING THAT THE COURT WILL ORDER** that supervised release be modified as follows:

1. The defendant shall participate in a program of anger management treatment, as directed by the probation office.

Except as herein modified, the judgment shall remain in full force and effect.

Reviewed and approved,　　　　　　　　　　　　　　I declare under penalty of perjury that the foregoing is
　　　　　　　　　　　　　　　　　　　　　　　　　true and correct.

/s/ Eddie J. Smith　　　　　　　　　　　　　　　　/s/ Tiffany C. Peacock
Eddie J. Smith　　　　　　　　　　　　　　　　　　Tiffany C. Peacock
Supervising U.S. Probation Officer　　　　　　　　　U.S. Probation Officer
　　　　　　　　　　　　　　　　　　　　　　　　310 Dick Street
　　　　　　　　　　　　　　　　　　　　　　　　Fayetteville, NC 28301-5730
　　　　　　　　　　　　　　　　　　　　　　　　Phone: 910-354-2545
　　　　　　　　　　　　　　　　　　　　　　　　Executed On: July 21, 2016

Phillip Anthony Isles
Docket No. 5:09-CR-267-1H
Petition For Action
Page 2

## ORDER OF THE COURT

Considered and ordered this 25th day of July 2016, and ordered filed and made a part of the records in the above case.

*/s/ Malcolm J. Howard*
Malcolm J. Howard
Senior U.S. District Judge